IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESE M. COUTRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 2425 |
| | ) |
| NATIONAL MATERIAL, L.P., | ) JUDGE GUZMAN |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, THERESA COUTRE, and Defendant NATIONAL MATERIAL, L.P., by its counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) hereby agree and stipulate that all of Plaintiff's claims against the aforesaid defendants are hereby dismissed, with prejudice.

APPROVED and SO STIPULATED this 24th day of September, 2007.

s/Ernest T. Rossiello
ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
134 North LaSalle Street
Suite 1330
Chicago, Illinois 60602
(312) 346-8920
Attorney for Plaintiff


/s/James Powers
SEYFARTH SHAW, LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL, 60603
(312) 460-5918
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that a true and correct copy of said document was served upon defendants pursuant to ECF as to Filing Users in accordance with Fed.R.Civ.P.5(a) and (b) on this 24th day of September, 2007 before 5:00 P.M.

        s/ Ernest T. Rossiello
        ERNEST T. ROSSIELLO