# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Therese M. Coutre

               Plaintiff,

v.                                               Case No.: 1:07–cv–02425
                                              Honorable Ronald A. Guzman

National Material, L.P.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 25, 2007:

      MINUTE entry before Judge Ronald A. Guzman :Pursuant to parties' stipulation to dismiss, this action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii). Any pending motions or schedules in this case are stricken as moot.Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.